UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Miguel Mendez,

                Plaintiff,        Case No. 23-cv-10315

v.                                  Judith E. Levy
                                  United States District Judge

FedEx Express, *et al.*,

                                  Mag. Judge Anthony P. Patti

                Defendants.

_____/

## ORDER STRIKING STIPULATED ORDER [20]

Plaintiff's counsel, Mr. Nemier, filed a stipulated order correcting the name of Defendant The Hartford Life and Accident Insurance Company. (ECF No. 20.) This filing is stricken for failure to comply with Rules 10 and 12 of the Electronic Filing Policies and Procedures for the Eastern District of Michigan, as well as the Court's practice guidelines.

Rule 12(a) provides that proposed stipulated orders must be "submitted to the judge . . . via the link located under the Utilities section of ECF . . . . Proposed orders must not include the judge's electronic signature." Rule 10(f) of the Electronic Filing Policies and Procedures states that "[n]o filing user may submit a paper with an

electronic signature unless the filing user has permission of the signatory."

The stipulated order was not submitted to the Court for review or approval. Instead, Mr. Nemier bypassed the procedure required by Rule 12(a) and filed the stipulated order as if the Court had already approved it. Mr. Nemier also applied the Court's signature to the stipulated order without its permission, in violation of both Rule 12(a) and 10(f). The Court warns Mr. Nemier that he is not authorized to sign documents on the Court's behalf and may not do so again.

Finally, the stipulated order also does not comply with Rule 10(e) of the Electronic Filing Policies or the Court's practice guidelines. The Court's practice guidelines state: "Proposed orders may not be submitted to the Court on the stationery or letterhead of any party or their counsel. Any proposed order so submitted will not be accepted, and the submitting party will be required to resubmit a properly formatted order."

For the reasons above, the stipulated order (ECF No. 20) is STRICKEN and not part of the record. It must be resubmitted in full compliance with the applicable rules by **June 28, 2023**.

IT IS SO ORDERED.

Dated: June 26, 2023　　　　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　　 JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 26, 2023.

　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　Case Manager